### LUCY DRISCOLL *vs.* THE CITY OF ANSONIA.

#### Third Judicial District.

Argued October 25th—decided December 18th, 1900.

ACTION to recover damages for personal injuries claimed to have been caused by a defective sidewalk, brought to the Superior Court in New Haven County and tried to the jury before *Thayer, J.;* verdict and judgment for the defendant, and appeal by the plaintiff for alleged errors in the rulings and charge of the court.   *No error.*

*Charles S. Hamilton*, for the appellant (plaintiff).

*Edwin B. Gager*, for the appellee (defendant).

BY THE COURT.   No error.   Opinion filed with clerk of Superior Court, New Haven County.